AO 91 (Rev. 12/03) Criminal Complaint 8/07

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—oOo—



FILED
SEP 27 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _A. JESSEN_

UNITED STATES OF AMERICA
v.
MARK ANTHONY CARBALLO

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

1: 12 MJ 00233 - BAM

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about June 20, 2012 in Fresno County, in the Eastern District of California defendant did, (Track Statutory Language of Offense)

▸ having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

    a. a 1998 felony conviction from Fresno County Superior Court for manufacturing, possessing a weapon without a handle;
    b. a 1998 felony conviction from Fresno County Superior Court for manufacturing, possessing a weapon without a handle; and
    c. a 1998 felony conviction from Fresno County Superior Court for forgery

did knowingly possess a firearm, to wit, a German-made AK-74 machine gun and CBC, model SB, 12 gauge shotgun with a barrel length of less than 18" which had been shipped and transported in interstate commerce.
   All in violation of Title 18, United States Code, Section 922(g)(1).

in violation of Title 18, United States Code, Section 924(c). I further state that I am a Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

▸   See Affidavit of Special Agent Sherri Reynolds, attached hereto and incorporated herein.

Continued on the attached sheet and made a part of this complaint: x

_Signature of Complainant_
Sherri Reynolds
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me, and signed in my presence

at   Fresno, California
    City     State

Date 9/27/12

Sheila K. Oberto     U.S. Magistrate Judge
Name of Judge     Title of Judge     Signature of Judge

# I.

## INTRODUCTION.

I, Sherri L. Reynolds, being first duly sworn, hereby depose and state that:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since December of 2009. I have completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program, at the Federal Law Enforcement Training Center in Glynco, Georgia. I am currently assigned to the San Francisco Field Division in the Fresno Field Office. As part of my duties, I investigate criminal violations relating to firearms, explosives, arson, violent crime, criminal street gangs and narcotics. I have participated in all aspects of criminal investigations, including, but not limited to; interviews, physical surveillance, the execution of search warrants, and the arrest of criminals. As an ATF Special Agent, I have been assigned to a variety of investigations including cases involving the trafficking of firearms and/or narcotics, theft of firearms from licensed individuals and the possession of stolen firearms. Based on such investigations, as well as my training and experience and discussions with other law enforcement personnel, I have become familiar with the methods used by firearms traffickers to smuggle, safeguard and store firearms as well as the proceeds of such activities.

2. Title 18, U.S.C., Section 922(g)(1) prohibits any person who has previously been convicted of an offense punishable by

1  imprisonment for more than one year to possess a firearm or
2  ammunition that has traveled in interstate or foreign commerce.
3      3. This affidavit is in support of a complaint charging Mark
4  Anthony CARBALLO(hereinafter CARBALLO) with a violation of Title 18,
5  U.S.C., Section 922(g)(1) - - felon in possession of a firearm or
6  ammunition.  The information set forth in this affidavit is not
7  intended to detail each and every fact and circumstance of the
8  investigation or all information known to me and other law
9  enforcement investigators. Rather, this affidavit serves to establish
10 probable cause for the arrest of CARBALLO.
11     3.  On June 20, 2012, AOC Adjusters repossessed a vehicle
12 belonging to Mark Carballo.  During an inventory search of the
13 vehicle, an employee of AOC Adjusters located an AK-74, 5.45 caliber
14 machine gun and a sawed-off CBC, model SB, 12 gauge shotgun with a
15 barrel length of approximately 14.3125".  AOC Adjusters reported the
16 discovery to the Clovis Police Department.  An officer from Clovis
17 Police Department responded to AOC Adjusters and seized the firearms.
18     4.  SA Ryan Stearman determined that the machine gun was one of
19 approximately 27 AK-74 machine guns stolen from Fort Irwin Military
20 base in July 2011 by a serial number comparison.
21     5.  Following the seizure of the firearms by the Clovis Police
22 Department, CARBALLO contacted AOC Adjusters and informed them the
23 firearms belonged to his father and requested a receipt for the
24 seizure of firearms.
25     6.  On June 30, 2012, CARBALLO was arrested and in a post
26 Miranda interview with Special Agent Ryan Stearman, CARBALLO stated
27 he received both of the aforementioned firearms from an Oscar LNU on
28 June 19, 2012, which is the same day CARBALLO's vehicle was

1 | repossessed. CARBALLO stated he did not provide payment for the
2 | firearms and further indicated the Oscar LNU just gave them to
3 | CARBALLO.
4 |     7. The defendant has prior convictions for:
5 |         a. a 1998 felony conviction from Fresno County Superior
6 |            Court for manufacturing, possessing a weapon without a
7 |            handle;
8 |         b. a 1998 felony conviction from Fresno County Superior
9 |            Court for manufacturing, possessing a weapon without a
10 |            handle; and
11 |         c. a 1998 felony conviction from Fresno County Superior
12 |            Court for forgery
13 | I obtained certified court records supporting the convictions
14 |     8. On June 29, 2012, Special Agent Ryan Stearman contacted ATF
15 | Special Agent Jason Slosson, an Interstate Nexus Expert. Based on
16 | Special Agent Slosson's training in determining the state or country
17 | in which firearms are manufactured, he was able to make a
18 | determination of whether the weapon was manufactured outside of
19 | California. Based on Agent Slosson's experience and training he
20 | stated that if the above listed firearm was possessed in California
21 | that the firearm would have affected interstate commerce, as required
22 | by Title 18 U.S.C., Section 922(g)(1).
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1  I declare under penalty of perjury that the statements above are
2  true and correct to the best of my knowledge and belief.
3
4
5  _____
6  Special Agent Sherri Reynolds
7  United States Department of Justice
8  Bureau of Alcohol, Tobacco,
9  Firearms & Explosives
10 Sworn and subscribed to before me
11 September 27, 2012
12
13
14 _____
15 Honorable Barbara McAuliffe
16 United States Magistrate Judge
17 Eastern District of California
18
19 Reviewed as to form.
20
21 _____
22 Kimberly A. Sanchez
23 Assistant U.S. Attorney
24
25
26
27
28

4