HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARK ANTHONY CARBALLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00366 LJO - SKO |
| Plaintiff, | |
| v. | **DEFENDANT'S WAIVER OF PERSONAL APPEARANCE; ORDER** |
| MARK ANTHONY CARBALLO, | |
| Defendant. | |

The undersigned defendant Mark Anthony Carballo, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to present evidence in his own defense, to appear at status conferences, hereby waives his right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including but not limited to status conferences, motions hearings, when a continuance is ordered, and requests the court to allow his attorney to represent his interests in court on such dates, defendant having specifically given said attorney prior verbal authorization to make such appearance on his behalf and to request the Court to schedule any and all appropriate hearings relating to Defendant's matter. Defendant further hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and allow his attorney-in-fact to represent his interests at all times. This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

///

Mr. Carballo makes this request so that he may complete his training at work and be available for work assignments when it is not necessary for him to be present at court.

Counsel for Mr. Carballo represents that today Assistant U.S. Attorney Kimberly A. Sanchez indicated that the government has no objection to defendant's proposed waiver of appearance.

                                                Respectfully submitted,

DATED:  June 12, 2013                            */s/ Mark Anthony Carballo*
                                                      MARK ANTHONY CARBALLO
                                                      Defendant

                                                       HEATHER E. WILLIAMS
                                                      Federal Defender

DATED: June 12, 2013                              /s/ *Victor M. Chavez*
                                                      VICTOR M. CHAVEZ
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      Mark Anthony Carballo

## ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that Defendant's appearance may be waived for a proceeding involving only a conference or hearing on a question of law.  Fed.R.Crim.P. 43(b)(3). Defendant shall be present at all other proceedings.

IT IS SO ORDERED.

**Dated:   June 13, 2013**                         **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE