HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
MARK ANTHONY CARBALLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-000366 LJO-SKO-1 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING;  ORDER |
| vs. | |
| MARK A. CARBALLO, | DATE: June 2, 2014<br>TIME:  8:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kimberly A. Sanchez, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Mark A. Carballo, that the sentencing hearing currently set for May 12, 2014 at 8:30 a.m. before the Honorable Judge Lawrence J. O'Neill, **may be continued to June 2, 2014 at 8:30 a.m., and that informal objections shall be filed on May 12, 2014 and formal objections shall be filed on May 26, 2014.**

Defense has proposed this stipulation because counsel will be out of the office from April 16, 2014 and returning on April 28, 2014.

///

///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  April 11, 2014          /s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  April 11, 2014          /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
MARK A. CARBALLO


**O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause.
IT IS SO ORDERED.

Dated:   **April 11, 2014**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE