HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
MARK ANTHONY CARBALLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:12-cr-000366 LJO-SKO-1 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) SENTENCING; ORDER |
| MARK A. CARBALLO, | ) DATE: July 21, 2014 |
| Defendant. | ) TIME: 8:30 a.m. |
|  | ) JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Kimberly A. Sanchez, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Mark A. Carballo, that the sentencing hearing currently set for June 2, 2014 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, **may be continued to July 21, 2014 at 8:30 a.m**

Counsel for Mr. Carballo has proposed this stipulation based on his need for additional time to prepare for sentencing.

///
///
///
///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: May 29, 2014      */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated: May 29, 2014      */s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
MARK A. CARBALLO

## O R D E R

For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:   **May 29, 2014**              **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE