HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
MARK ANTHONY CARBALLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12-cr-00366 LJO-SKO-1 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING; ORDER |
| vs. ) | |
| ) | |
| MARK A. CARBALLO, ) | DATE: August 18, 2014 |
| ) | TIME: 8:30 a.m. |
| Defendant. ) | JUDGE: Hon. Lawrence J. O'Neill |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Kimberly A. Sanchez, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant, Mark A. Carballo, that the sentencing hearing currently set for July 21, 2014 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, **may be continued to August 18, 2014 at 8:30 a.m.,** and that defendant will complete any filing by July 28, 2014 and the government will file any reply by August 11, 2014.

This stipulation is proposed by counsel for defendant who has not completed his sentencing preparation and is requesting a final continuance. Counsel has recently been extremely busy with the filing of an appellate brief, other motions and trial preparation in a case before this Court to which he was assigned due to changes in office personnel. Until recently that case was scheduled for trial on July 22, 2014. Specifically, in preparation for sentencing the

1  defense has been compiling some documentation which due to press of other work defense
2  counsel did not follow up on.  Therefore a final continuance is requested.
3       Based on the above, defense counsel has proposed this final stipulation in order to fully be
4  prepared for sentencing.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  July 17, 2014         */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  July 17, 2014         */s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
MARK A. CARBALLO


**O R D E R**

IT IS SO ORDERED.

Dated:   **July 17, 2014**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

CARBALLO:  Stipulation to Continue Sentencing          2